**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**


STATE OF ARKANSAS *ex rel.*
DUSTIN MCDANIEL, ATTORNEY GENERAL                                    PLAINTIFF

     v.                Case No:  4:12-cv-498

FINANCIAL MANAGEMENT PARTNERS, INC.;
AND ERIC PUGH                                                        DEFENDANTS

---

**STATE OF ARKANSAS' MOTION FOR SUMMARY JUDGMENT AGAINST
FINANCIAL MANAGEMENT PARTNERS, INC. AND ERIC PUGH**

---

COMES NOW, the State of Arkansas ("Arkansas") *ex rel.* Dustin McDaniel, Attorney General,

and for its Motion for Summary Judgment, does hereby state and allege the following:

    1.     On August 9, 2012, Arkansas filed a Complaint Financial Management Partners,

Inc. and Eric Pugh (collectively as "American Shingle"), in this Court.

    2.     The Complaint asserted that the Defendants had violated the Telemarketing and

Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §§ 6101-6108, the Telemarketing Sales

Rule, 16 C.F.R. § 310, the Arkansas Consumer Telephone Privacy Act, ARK. CODE ANN. § 4-99-

401, *et seq.*, the Arkansas Deceptive Trade Practices Act, ARK. CODE ANN. § 4-88-101, *et seq.*,

and the Arkansas Advance Fee Loan Brokerage Act, ARK. CODE ANN. § 23-39-401, *et seq.*

    3.     The Defendants' own admissions, the affidavits from consumers and Investigator

Stephen DiGiovanna, and the deposition testimony of Eric Pugh show that the Defendants

continuously violated the aforementioned state and federal laws.

    4.     Specifically, the Defendants, by way of an automated dialing system causing

automated messages to be placed to consumers' telephones ("robo-call"), contacted numerous

Arkansas consumers and advertised that the Defendants could lower consumers' credit card interest rates.  Many of these consumers were and are on the Do-Not-Call registry.  The Defendants collected payments from consumers prior to services being rendered.  Thereafter, the Defendants wholly failed to live up to their end of the agreement by failing to lower consumers' credit card interest rates.

5.      There are no remaining facts in dispute in this matter regarding the liability of the Defendants.

6.       The State seeks only a determination by this Court as to the Defendants' liability at this time.  If the Court finds that the Defendants are liable for the alleged violations of Arkansas and federal law, the State will request a hearing on monetary, injunctive, and ancillary relief as to the Defendants.

7.      The Affidavit of Stephen DiGiovanna is attached to the Brief as Exhibit A.

8.      The Affidavits of consumers are attached to the Brief as Exhibits B - AA.

9.      The deposition testimony of Eric Pugh is attached as Exhibit BB.

10.     A sample contract entered into by the consumers is attached to the Brief as Exhibit CC.

11.     Pursuant to FED. R. CIV. P. 56, the Motion for Summary Judgment should, accordingly, be granted.

19.     A Brief in support of this Motion has been filed contemporaneously herewith.

WHEREFORE, the above premises considered, the State of Arkansas *ex rel.* Dustin McDaniel, Attorney General, does hereby request that this Honorable Court:

(A)     Issue on Order granting the Motion for Summary Judgment;

(B)     Grant all other relief that may be just and appropriate.

Respectfully submitted,

DUSTIN McDANIEL
Attorney General


By:     /s/ Bart W. Calhoun_____
        Bart W. Calhoun, Ark. Bar No. 2011221
        Assistant Attorney General
        bart.calhoun@arkansasag.gov
        323 Center Street, Suite 500
        Little Rock, Arkansas  72201
        Facsimile:   (501) 682-8118
        Telephone:  (501) 682-3561

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 8th, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following counsel for Defendants:

Barry Rigby
Law Offices of Barry Rigby, P.A.
924 North Magnolia Ave., Ste. 312
Orlando, Florida 32803


/s/ Bart Calhoun
Bart Calhoun