IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| STATE OF ARKANSAS *ex rel.* DUSTIN MCDANIEL, ATTORNEY GENERAL, | * * * * |
| Plaintiff, | * |
| vs. | *   No. 4:12-cv-00498-SWW |
| | * * |
| FINANCIAL MANAGEMENT PARTNERS, INC; and ERIC PUGH, | * * * |
| Defendants. | * |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that defendants are hereby enjoined as may be necessary to prevent the use or employment by the defendants of practices which are violations of the Telemarketing and Consumer Fraud and Abuse Prevention Act, the Telemarketing Sales Rule, the Arkansas Consumer Telephone Privacy Act, the Arkansas Deceptive Trade Practices Act, and the Arkansas Advance Fee Loan Brokerage Act.

It is further Considered, Ordered, and Adjudged that pursuant to 15 U.S.C. § 6103(a), defendants are hereby enjoined from placing illegal telemarketing calls to consumers in the State of Arkansas.

It is further Considered, Ordered, and Adjudged that defendants are hereby enjoined from advertising or providing debt relief services, including advertising or offering credit card interest rate services, as defined by Ark. Code Ann. § 23-39-

401(5)(A).

It is further Considered, Ordered, and Adjudged that pursuant to the Arkansas Deceptive Trade Practices Act, defendants are assessed a civil penalty of $78,000.00 to be paid by defendants to the State.

It is further Considered, Ordered, and Adjudged that defendants pay restitution to the State on behalf of the consumers in the amount of $90,277.50.

It is further Considered, Ordered, and Adjudged that the State is awarded attorney's fees in the amount of $4,500.00.

        IT IS SO ORDERED this 17th day of March 2014.

        /s/Susan Webber Wright
        UNITED STATES DISTRICT JUDGE